# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY CROWDER, | ) |
| Petitioner, | ) |
| v. | ) |
| | ) Case No. 2:13-cv-00118-KOB-PWG |
| LEON FORNISS, Warden; and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on February 19, 2014, recommending that the court dismiss this petition for writ of habeas corpus for lack of subject matter jurisdiction. (Doc. 18). On March 5, 2014, the Petitioner filed a pleading styled as "Petitioner Recommendation and Right to Object." (Doc. 19). The court will treat this filing as an objection to the magistrate judge's report and recommendation or, in the alternative, as a motion to grant his habeas relief.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation and what the court construes as the Petitioner's objections, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to dismiss the petition for writ of habeas corpus for lack of subject matter jurisdiction.

The court finds that to the extent that the Petitioner's objections (doc. 19) are comprehensible, they either repeat the arguments previously asserted or have no relevance to the issues presented. As such, this court finds that his objections to the report and recommendation are due to be and hereby are **OVERRULED**. To the extent that the court construes the Petitioner's

filing as a motion to grant his habeas relief, it is due to be and hereby is **DENIED**.

Accordingly, the court finds that the petition for writ of habeas corpus is due to be **DISMISSED** for lack of subject matter jurisdiction. The court will enter a separate Final Judgment Order.

DONE and ORDERED this 12th day of March, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE